1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES SHAYLER, an individual, | Case No. 2:21-cv-00694-AB-KS |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| LONG BEACH BUILDINGS III, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and Long Beach Buildings III, LLC, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 24, 2021

_____
UNITED STATES DISTRICT JUDGE